# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ELIJAH ELLINGTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1865

[September 13, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit; Broward County, Elizabeth A. Scherer, Judge; L.T. Case No. 12-18399CF10A.

Elijah Ellington, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***